UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANAND GUPTA,<br><br>       Plaintiff,<br><br> -v-<br><br>AL JAZEERA AMERICA, LLC and AL ANTSEY,<br><br>       Defendants. | Civil Action No.<br>16-cv-02980 (VEC)<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Daniel Turinsky, of DLA Piper LLP (US), hereby appears in the above-captioned action as counsel for defendants Al Jazeera America, LLC and Al Antsey, certifies that he is admitted to practice in this Court, and further requests that all papers in this action be served on the undersigned at the address below.

Dated: New York, New York
   May 4, 2016

Respectfully submitted,

DLA PIPER LLP (US)

By: /s/ Daniel Turinsky
  Daniel Turinsky
  daniel.turinsky@dlapiper.com

1251 Avenue of the Americas, 27th Floor
New York, NY 10020
Tel.: (212) 335-4500

Attorneys for Defendants