USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/10/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

ANAND GUPTA,

        Plaintiff,

- against -

AL JAZEERA AMERICA, LLC and AL ANSTEY,

        Defendants.

------------------------------------x

16 Civ. 02980 (VEC)

ACKNOWLEDGMENT OF
SERVICE OF SUMMONS
AND COMPLAINT AND
STIPULATION EXTENDING
DEFENDANTS' TIME TO RESPOND

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that Daniel Turinsky, Esq., DLA Piper LLP, 1251 Avenue of the Americas, New York, NY 10020, counsel for defendants Al Jazeera America, LLC and Al Anstey (collectively, "defendants"), is authorized to accept service of process in the above-captioned action for the defendants and accepted service of the Summons and Complaint as well as the Individual Practices of United States District Judge Valerie E. Caproni and United States Magistrate Judge Sarah Netburn, and the SDNY Electronic Case Filing Rules & Instructions on May 9, 2016; and

        IT IS HEREBY FURTHER STIPULATED AND AGREED that the time for the defendants to answer, move, or otherwise respond to the Complaint is extended to June 13, 2016.

Dated: New York, New York
       May 9, 2016

VLADECK, RASKIN &　　　　　　　　　　DLA PIPER LLP
  CLARK, P.C.

By: _____        By: _____
    Jeremiah Iadevaia                    Daniel Turinsky
    Joshua Tarrant-Windt                 Attorneys for Defendants
    Attorneys for Plaintiff              1251 Avenue of the Americas
    565 Fifth Avenue, Floor 9            New York, NY 10020
    New York, New York 10017             (212) 335-4500
    (212) 403-7300


SO ORDERED.        5/10/16

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2