```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/13/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ANAND GUPTA,                                           :
                                                       :
                          Plaintiff,                   :
                                                       :          16-CV-2980 (VEC)
                -against-                              :
                                                       :          ORDER
AL JAZEERA AMERICA, LLC and AL                         :
ANSTEY,                                                :
                                                       :
                          Defendants.                  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on May 4, 2016, Defendants filed a letter motion requesting that Plaintiff redact portions of the Complaint as confidential business information (Dkt. 9);

    WHEREAS on May 5, 2016, the Court denied Defendants' motion without prejudice and invited Defendants to make a more thorough showing to support their request for redactions (Dkt. 10); and

    WHEREAS on May 10, 2016, Defendants' filed a second letter motion to redact the Complaint (Dkt. 12);

    IT IS HEREBY ORDERED that Defendants' request that Plaintiff make the redactions proposed in paragraphs 43, 44, and 62 is granted.  Defendants' request that Plaintiff make the proposed redactions in paragraphs 72 and 75 is denied.  As to the proposed redactions in paragraphs 27, 52, 56, 57, 73, 74, 105-08, and 110-15, the Defendants' request is denied without prejudice.  The Defendants are hereby given a final opportunity to explain why the information included in those redactions is confidential (as opposed to merely embarrassing) and why more narrowly-tailored redactions would not suffice to protect the purported confidential information.

**SO ORDERED.**

Date:  May 13, 2016                                    _____
         New York, New York                          **VALERIE CAPRONI**
                                                          **United States District Judge**