```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANAND GUPTA,

        Plaintiff,

- against –

AL JAZEERA AMERICA, LLC and AL ANSTEY,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 1:16-cv-02980 (VEC)

**ORDER FOR ADMISSION**
***PRO HAC VICE* -**
**JOSEPH DOMENICK GUARINO**

The motion of Joseph Domenick Guarino for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of New Jersey (Bar No. 016491996) and that his contact information is as follows:

| | |
|---|---|
| Applicant Name: | Joseph Domenick Guarino |
| Firm Name: | DLA Piper LLP (US) |
| Address: | 51 John F. Kennedy Parkway, Suite 120 |
| City/State/Zip: | Short Hills, New Jersey 07078 |
| Telephone: | (973) 520-2569 |
| Facsimile: | (973) 520-2551 |
| E-mail: | joseph.guarino@dlapiper.com |

Applicant having requested permission *Pro Hac Vice* to appear for all purposes as counsel for Defendants Al Jazeera America, LLC and Al Anstey in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _5_ / _20_ / _16_            _____
                                                        Honorable Valerie E. Caproni, U.S.D.J.

EAST\124261818.1